IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL and GLYNIS
BETHEL individually, and ORLANDO
BETHEL and GLYNIS BETHEL as
next friends of minor children ZOE BETHEL,
KEZIA BETHEL and ZION BETHEL,
    Plaintiffs,

vs.                                  3:06cv189/RS/MD

THE CITY OF PENSACOLA,
TOM BONFIELD, CHIEF OF POLICE
JOHN MATHIS, SGT. STEPHEN DAVIS,
and CAPTAIN PAUL M. KELLY,
    Defendants.

_____

**ORDER**
**and**
**REPORT AND RECOMMENDATION**

    This cause is before the court upon the mediator's report indicating that this case was settled as a result of mediation held on Thursday, March 15, 2007.  (Doc. 50).

    Accordingly, it is ORDERED that all pending motions are DENIED as moot, and it is respectfully RECOMMENDED:

    That this case be dismissed with prejudice.

    At Pensacola, Florida, this 16th day of March, 2007.


/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).