IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ORLANDO BETHEL and GLYNIC BETHEL, Individually and ORLANDO BETHEL and GLYNIS BETHEL, as next friends of minor children ZOE BETHEL, KEZIA BETHEL, and ZION BETHEL,

    Plaintiffs,

vs.                                  CASE NO. 3:06cv189/RS

THE CITY OF PENSACOLA; TOM BONFIELD; CHIEF OF POLICE JOHN MATHIS; SGT. STEPHEN DAVIS; and CAPTAIN PAUL M. KELLY,

    Defendants.
_____/

## ORDER

Before the court are the Report of Mediation (Doc. 50) and the Magistrate Judge's Order, Report and Recommendation (Doc. 51).

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice.

3. The clerk is directed to close the file.

ORDERED on March 20, 2007.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**